E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGG E. MARMARO (Cal. Bar No. 338627)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
International Narcotics, Money Laundering,
 and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5339/8500/0813
     Facsimile: (213) 894-0142
     E-mail:    shawn.nelson@usdoj.gov
                gregg.marmaro@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-173(B)-GW-1, 3, 6, 16 |
|---|---|
| Plaintiff, | ORDER REGARDING DEFENSE COUNSEL ACCESS TO CDCR FILES |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., [#1-JOSE LANDA-RODRIGUEZ], [#3-GABRIEL ZENDEJAS-CHAVEZ], [#6-ALVINO MUNOZ], and [#16-SAMANTHA RIVERA], | |
| Defendants. | |

Having heard and considered the government's request at the August 29, 2024 pretrial conference to make available for defense counsel inspection the California Department of Corrections and Rehabilitation's ("CDCR") inmate files that were produced to the

///

///

///

government by CDCR for the above-captioned case, the Court hereby ORDERS:

1. The government shall make available for in-person inspection, subject to the Court's protective order in this case, the CDCR files that were provided to the government in connection with the above-captioned case.

2. This review shall be conducted only by defense counsel of record for the above-captioned defendants and shall be conducted at the United States Attorney's Office in Los Angeles, California.

3. Defense counsel may not take any documents in these CDCR files, absent further order of this Court.

IT IS SO ORDERED.

August 30, 2024
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SHAWN J. NELSON
GREGG E. MARMARO
DANIEL H. WEINER
Assistant United States Attorney